UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DIRECTV, INC., a California corporation,

    Plaintiff,

v.                                             Case No. 04-C-0336

RYAN P. VERHAALEN,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that this action against Defendant Ryan P. Verhaalen shall be and hereby is permanently dismissed with prejudice and without costs as stipulated by the parties.

DATED at Milwaukee, Wisconsin, this 6th day of January, 2006.

BY THE COURT:

s/ Rudolph T. Randa
Rudolph T. Randa
Chief Judge, United States District Court